Case 4:15-cr-40006-KES Document 33 Filed 11/22/16 Page 1 of 2 PageID #: 117

Prob 12C - SD
(Rev. 03/2015)

MJ17-245

# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF SOUTH DAKOTA

U.S.A. vs Craig R. Webb            Docket No. 4:15CR40006-01

### Petition to Revoke Probation

COMES NOW CINDY STEWART, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Craig R. Webb, who was sentenced to 5 years probation on 12/28/2015, by the Honorable Karen E. Schreier, sitting in the Court at Sioux Falls, SD. The original offense was Failure to Pay Legal Child Support, which is a Class E Felony and carries a statutory maximum of 2 years custody upon revocation of probation. The probation commenced on 12/28/2015.

**THEREAFTER, NON-COMPLIANT BEHAVIOR OCCURRED RESULTING IN SUPERVISION INTERVENTIONS AS FOLLOWS:**

Mr. Webb was sentenced to 6 months in a halfway house and began his term of supervision residing at the Glory House. He immediately began making arrangements to return to Hawaii to live with family. On 03/08/2016 he completed substance abuse treatment while at the Glory House. Mr. Webb was approved to relocate to Hawaii, was granted an early release from the facility, and relocation was approved for the end of March 2016.

Mr. Webb arrived in Hawaii and was drug tested upon his initial visit with the probation officer on 04/14/2016. He then admitted to use of marijuana while in transit to Hawaii. Mr. Webb then agreed to attend substance abuse counseling and was put on code-a-phone for further drug tests.

On 09/07/2016 the treatment provider contacted the probation officer indicating Mr. Webb had missed his last appointment, but subsequently showed up and tested positive for consumption of alcohol. USPO Delray contacted Mr. Webb, and Mr. Webb indicated he had consumed alcohol and was struggling. He then self-reported to a detox facility. The probation officer met with Mr. Webb prior to his release from detox and Mr. Webb indicated he was attending therapy sessions and AA groups.

On 11/01/2016 Mr. Webb called the probation office indicating he had missed treatment and tested positive for methamphetamine use. He denied use to the probation officer stating he suspected someone that was staying with his roommate had slipped it into his coffee.

The District of Hawaii then contacted South Dakota outlining Mr. Webb's conduct while in Hawaii and requested he return to South Dakota to address the non-compliance. They also advised he would no longer be supervised in Hawaii.

The non-compliant behaviors described in the paragraphs above are the basis of the corresponding allegations listed below. They are included here to show the pattern of non-compliant behavior and the corresponding corrective measures initiated by the Probation Office.

**NOW RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

1. On or about 04/14/2016, at Kula, HI, Craig R. Webb did submit a urine sample that tested positive for an illicit drug, marijuana, in violation of Standard Condition No. 7 of the Conditions of Probation.

2. On or about 09/07/2016, at Kula, HI, Craig R. Webb did fail to participate in substance abuse treatment as directed, in violation of Special Condition No. 5 of the Conditions of Probation.

3. On or about 09/07/2016, at Kula, HI, Craig R. Webb did consume alcoholic beverages, in violation of Special Condition No. 3 of the Conditions of Probation.

4. On or about 11/02/2016, at Kula, HI, Craig R. Webb did submit a urine sample that tested positive for an illicit drug, methamphetamine, in violation of Standard Condition No. 7 of the Conditions of Probation.

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued for the arrest and return to Court of Craig R. Webb for a hearing to determine whether the Order heretofore granting probation should now be revoked.

I, Cindy Stewart, a Probation and Pretrial Services Officer employed in the U.S. District Court for the District of South Dakota, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct.

Respectfully Submitted,

*Cindy Stewart*

Cindy Stewart
U.S. Probation/Pretrial Services Officer

Reviewed by:

Shelly Schenkel
Senior U.S. Probation Officer

Date:   11/22/2016

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Craig R. Webb<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  CR. 4:15-40006-001 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Craig R. Webb,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violating the terms and conditions of probation.

Date: November 22, 2016

*Issuing officer's signature*

City and state:   Sioux Falls, SD

Jennifer Stevens, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*