UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. MJ 17-245 |
| Plaintiff, ) | (DSD NO. CR15-40006) |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| CRAIG R. WEBB ) | |
| ) | |
| Defendant. ) | |

Offense charged: Violation of Supervised Release (District of South Dakota)

Date of Detention Hearing: June 13, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was arrested in this District pursuant to a warrant issued by the District of South Dakota. His probation officer alleges violation of the conditions of supervised

DETENTION ORDER
PAGE -1

release, consisting of positive urine tests, failing to participate in substance abuse treatment, and consumption of alcoholic beverages. Defendant has waived an identity hearing, and an Order of Transfer has been signed.

2. Defendant poses a risk of nonappearance based on lack of verified background information, failures to appear, use of aliases, committing offenses while on supervision, noncompliance while on supervision, substance use, and possible mental health issues. Defendant poses a risk of danger based on criminal history, noncompliance while on supervision, substance use, and possible mental health issues.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 13th day of June, 2017.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3